WILLIAM C. YARNALL, PLAINTIFF-PETITIONER, v. THE MANUFACTURERS TRUST COMPANY, *ET AL.*, DEFEND-ANTS-RESPONDENTS.

*Mr. Robert Scherling* and *Mr. Samuel H. Nelson* for the petitioner.

*Mr. Aaron A. Melniker* for the respondents.

March 10, 1958.  Denied.

MARYLAND CASUALTY COMPANY, PLAINTIFF-RESPOND-ENT, v. NEW JERSEY MANUFACTURERS INSURANCE CO., *ET AL.*, DEFENDANTS-PETITIONERS, AND WILLIAM CHERRY, DEFENDANT-RESPONDENT.

See same case below:  48 *N. J. Super.* 314.

*Messrs. Kisselman, Devine & Deighan* for the petitioners.

*Messrs. Starr, Summerill & Davis* and *Messrs. Hermann, Melnik & Lowengrub* for the respondents.

March 10, 1958.  Granted.